IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANDON BROWN, | * | |
| Plaintiff, | * | |
| v. | * | CV 115-035 |
| SAMUEL SULLIVAN, individually and as acting President of Paine College, and PAINE COLLEGE, | * | |
| Defendants. | * | |

## O R D E R

The Court stayed this case in May 2015 pending a decision by the Fourth Circuit. (Doc. 45.) Because Plaintiff represents that the Fourth Circuit has issued its decision, the Court **DIRECTS** the Clerk to **LIFT THE STAY**.

**ORDER ENTERED** at Augusta, Georgia this 17th day of January, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA