IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANDON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-035 |
| | ) | |
| SAMUEL SULLIVAN, Individually & as | ) | |
| Acting President of Paine College, and | ) | |
| PAINE COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On April 21, 2015, the Court entered a scheduling order setting deadlines for this case. (Doc. no. 35.) On May 13, 2015, the Court stayed the case pending a ruling by the Fourth Circuit on appeal, and after representation from Plaintiff that the Fourth Circuit has issued its decision, the Court lifted the stay on January 17, 2017. (Doc. nos. 45, 52.) Defendants now unilaterally request a new scheduling order (doc. no. 51); however, the rules contemplate joint planning of discovery. Therefore, the parties shall confer within seven days of the date of this Order and submit a joint proposal for scheduling through dispositive motions.

SO ORDERED this 17th day of January, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA