IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANDON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-035 |
| | ) | |
| SAMUEL SULLIVAN, Individually & as Acting President of Paine College, and PAINE COLLEGE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

On March 13, 2017, Plaintiff filed a Motion for In Camera Review of Designated Confidential Documents. (Doc. no. 81.) The Parties now confirm a resolution of that motion. Specifically, Defendant Paine College has agreed to re-designate the Paine College Board of Trustee minutes identified in Plaintiff's Motion as non-confidential and will produce clean copies without the "Confidential" label.

Accordingly, the Court **DENIES AS MOOT** Plaintiff's motion. (Doc. no. 81.) In accordance with Local Rule 79.7, the Court **DIRECTS** the Clerk to return to Plaintiff the disputed exhibits. See Loc. R. 79.7(c).

SO ORDERED this 10th day of May, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA