IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

BRANDON BROWN,                          *
                                        *
        Plaintiff,                      *
                                        *
    v.                                  *
                                        *        CV 115-035
SAMUEL SULLIVAN, individually           *
and as acting President                 *
of Paine College, and                   *
PAINE COLLEGE,                          *
                                        *
        Defendants.                     *
                                        *
                                        *

## O R D E R

On June 29, the Court ordered the parties to file new
summary-judgment briefs. (Doc. 84.) The Court now clarifies
that order. Plaintiff may file one brief that both supports his
motion for summary judgment and opposes Defendants' motion for
summary judgment. This brief may not exceed **26 pages**.
Likewise, Defendants — who have jointly moved for summary
judgment — may file one brief that both supports their motion
for summary judgment and opposes Plaintiff's motion for summary
judgment. This brief also may not exceed **26 pages**.

**ORDER ENTERED** at Augusta, Georgia this ___5th___ day of July,
2017.

                                    _____
                                    J. RANDAL HALL, CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF GEORGIA