IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| BRANDON BROWN, | * |
| Plaintiff, | * |
| v. | * CV 115-035 |
| SAMUEL SULLIVAN, individually and as Acting President of Paine College; and PAINE COLLEGE, | * |
| Defendants. | * |

**ORDER**

Before the Court is the parties' stipulation of dismissal with prejudice. (Doc. 117.) The stipulation is signed by all parties in the case. (<u>Id.</u>) Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this \_\_16th\_\_ day of March, 2018.

/s/ J. Randal Hall
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA